April 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

D. PATRICK SMITHERMAN, Appellant

NO. 14-14-00550-CV            V.

BANK OF AMERICA, N.A., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Bank of America, N.A., signed March 5, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, D. Patrick Smitherman, to pay all costs incurred in this appeal.